

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: MICHAEL & SHARON COHAN  BK: 06-00147 B

11090065
$150.00
6/16/10

UNCLAIMED FUNDS

---

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
  CHECK # 893346 for $ 71.71 DATED 3/19/2010
  CHECK # 106349 FOR $78.29 DATED 5/21/2010
Mailed to: CLAIM #13
JOSEPH HAEFNER, 5531 CLINTON ST.,ELMA, NY 14059
and it
  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said case, it is
  Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 150.00  IN  2 CHECKS # 15079 ($71.71)
                                            # 15080 ($78.29)

Representing unclaimed funds.

DATED: 6-14-2010

_____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE

71•71  +
78•29  +
150•00 *